UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 5:24-BK-01953-MJC
DAVID P. FOUST, a/k/a :
DAVID PAUL FOUST, a/k/a : CH. 13
DAVID FOUST, :
:
DEBTOR. :

## NOTICE OF APPEARANCE AND DEMAND FOR
## SERVICE ON BEHALF OF PEOPLES SECURITY BANK & TRUST

PLEASE TAKE NOTICE that the undersigned, James T. Shoemaker, Esquire, of the law firm of Hourigan, Kluger & Quinn, P.C., as agent for Peoples Security Bank & Trust, a domestic financial institution, and pursuant to Federal Rules of Bankruptcy Procedure 2002(g), 2002(i) and 9007, demands that all notices that are required to be given in this case be given to and served upon the undersigned, at the office address and telephone number set forth below:

James T. Shoemaker, Esquire
Hourigan, Kluger & Quinn, P.C.
600 Third Avenue
Kingston, PA 18704
(570) 287-3000

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint and demand, whether formal or informal, whether written oral or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, email, or otherwise which:

(1) Affect or seek to affect in any way any of the creditor's rights or interest, with respect to:

(a) the Debtor;

(b) property or proceeds thereof in which the Debtor may claim an interest; or

   (c)  property or proceeds thereof in possession, custody or control of the creditors which the Debtor may seek to use; or

(2)  Require or seek to require an act, delivery or property or other conduct by the creditors.

          Respectfully submitted:

          HOURIGAN, KLUGER & QUINN, P.C.,

Date: August 22, 2024     By: /s/ James T. Shoemaker, Esquire
            James T. Shoemaker, Esquire
            I.D. 63871
            *Counsel to Peoples Security Bank & Trust*

2

#4463498.1

Case 5:24-bk-01953-MJC  Doc 14  Filed 08/22/24  Entered 08/22/24 11:34:21  Desc
Main Document  Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 5:24-BK-01953-MJC |
| DAVID P. FOUST, a/k/a : | |
| DAVID PAUL FOUST, a/k/a : | CH. 13 |
| DAVID FOUST, : | |
| : | |
| DEBTOR. : | |

## CERTIFICATE OF SERVICE

    I, James T. Shoemaker, Esquire, hereby certify that I am serving a true and correct copy of Peoples Security Bank and Trust's Notice of Appearance upon the Debtor and Trustee, by electronic filing with the United States Bankruptcy Court for the Middle District of Pennsylvania, and/or depositing said documents in the United States mail, first-class, postage prepaid, addressed as follows:

C. Stephen Gurdin, Jr.  
67-69 Public Square, Ste. 501  
Wilkes-Barre, PA 18701-2512  
*Counsel for Debtor*

Jack N Zaharopoulos  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
*Ch. 13 Trustee*

Respectfully submitted:

HOURIGAN, KLUGER & QUINN, P.C.,

Date: August 22, 2024    By: /s/ James T. Shoemaker, Esquire  
    James T. Shoemaker, Esquire  
    I.D. 63871  
    *Counsel to Peoples Security Bank & Trust*

3