United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                              Case No. 24-01953-MJC

David P. Foust                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David P. Foust, 3 Puritan Lane, Wilkes Barre, PA 18702-5907 |
| cr | + | Peoples Security Bank & Trust c/o James T. Shoema, 600 Third Avenue, Kingston, PA 18704-5815 |
| 5644102 | + | Peoples Sec Bank & Tru, 82 Franklin Ave, Hallstead, PA 18822-9780 |
| 5646990 | + | Peoples Security Bank & Trust, 600 Third Avenue, Kingston, PA 18704-5815 |
| 5644106 | + | Ronald Honeywell, 3 Puritan Lane, Wilkes Barre, PA 18702-5907 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5644081 | + | Email/Text: legal@arsnational.com | Sep 10 2024 18:41:00 | ARS National Services. Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 5644082 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 10 2024 18:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5644083 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2024 18:49:30 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5644094 | | Email/Text: correspondence@credit-control.com | Sep 10 2024 18:41:00 | Credit Control, LLC, 8001 Woodland Center Blvd., Ste 200, Tampa, FL 33614 |
| 5644084 | | Email/Text: cms-bk@cms-collect.com | Sep 10 2024 18:41:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5644085 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2024 18:50:01 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 5646757 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2024 19:00:35 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5644086 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2024 19:00:54 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5644087 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2024 18:50:24 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5644088 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2024 18:50:01 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5644089 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2024 18:49:32 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5644090 | + | Email/Text: mediamanagers@clientservices.com | Sep 10 2024 18:41:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 5644091 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2024 18:41:00 | Comenity Bank/Eddie Bauer, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| 5644092 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Sep 10 2024 18:41:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5644093 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Sep 10 2024 18:41:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5644095 | ^ | MEBN | | |
| | | | Sep 10 2024 18:40:05 | D&A Services, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 5644101 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 10 2024 19:00:43 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 5644097 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Sep 10 2024 18:41:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5644096 | + | Email/Text: data_processing@fin-rec.com | | |
| | | | Sep 10 2024 18:41:00 | Financial Recovery Services, Inc., PO Box 21405, Eagan, MN 55121-0405 |
| 5644098 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Sep 10 2024 18:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5644503 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 10 2024 18:49:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5644099 | ^ | MEBN | | |
| | | | Sep 10 2024 18:41:22 | Leopold & Associates, PLLC, 80 Business Park Dr., Suite 110, Armonk, NY 10504-1704 |
| 5644100 | | Email/Text: camanagement@mtb.com | | |
| | | | Sep 10 2024 18:41:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5647696 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 10 2024 18:49:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5644103 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 10 2024 19:00:49 | Portfolio Recovery Associates, LLA, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 5644104 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 10 2024 19:00:36 | Portfolio Recovery Associates, LLA, 120 Corporate Blve., Norfolk, VA 23502-4952 |
| 5644105 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 10 2024 18:49:25 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 5644107 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 10 2024 18:49:29 | Syncb/PLCC, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5644109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 10 2024 19:00:35 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5644108 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 10 2024 18:49:58 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5644110 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 10 2024 19:00:43 | Synchrony/Ethan Allen, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5644111 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 10 2024 19:00:35 | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5644112 | + | Email/Text: BAN5620@UCBINC.COM | | |
| | | | Sep 10 2024 18:41:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 5644113 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Sep 10 2024 18:49:19 | Wells Fargo/Dillard, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |
| 5644114 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Sep 10 2024 19:00:44 | Wffnatbank, Attn: Bankruptcy, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| C. Stephen Gurdin, Jr | on behalf of Debtor 1 David P. Foust Stephen@gurdinlaw.com  michelle@gurdinlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James T. Shoemaker | on behalf of Creditor Peoples Security Bank & Trust c/o James T. Shoemaker  Esquire jshoemaker@hkqpc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David P. Foust,
aka David Paul Foust, aka David Foust,

**Debtor 1**

Chapter 13

Case No.    5:24−bk−01953−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 17, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 24, 2024 <br><br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 10, 2024 |

ntcnfhrg (08/21)